JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERTAIN INTERESTED UNDERWRITERS AT LLOYD'S, LONDON,<br><br>                      Plaintiff,<br><br>vs.<br><br>RJ's CONSTRUCTION AND TOOL SUPPLY, dba RJ'S DEMOLITION AND DISPOSAL, an Unknown Business Entity,<br><br>                      Defendant. | CASE NO. 2:18-cv-06389-JFW-AS<br><br>Hon. Judge John F. Walter<br><br>**ORDER GRANTING STIPULATION OF ALL PARTIES FOR DISMISSAL WITH PREJUDICE**<br><br>[Filed concurrently with Stipulation of All Parties For Dismissal With Prejudice] |
| AND RELATED CROSS-ACTIONS | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Case No. 2:18-cv-06389-JFW-AS

3314870v.1

## ORDER

Pursuant to the stipulation of the Parties, the Court hereby orders that the above-captioned matter is dismissed with prejudice in its entirety, including all claims and counterclaims asserted therein against all parties, with each party to bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: April 23, 2019

_____
UNITED STATES DISTRICT COURT JUDGE

3314870v.1